COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAY 23 2025

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25- 57 -BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1) |
| DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS JR., | Title 21 U.S.C. § 846 Title 21 U.S.C. § 841(a)(1) Title 21 U.S.C. § 851 |
| Defendants. | (**Penalty for defendants Clauson and Mann**: Mandatory minimum 15 years to life imprisonment, $20,000,000 fine, and at least 10 years of supervised release) (**Penalty for defendant Nichols**: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

|  | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2)<br>Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>Title 21 U.S.C. § 851<br>Title 18 U.S.C. § 2<br>(<u>Penalty for defendants Clauson and Mann:</u> Mandatory minimum 15 years to life imprisonment, $20,000,000 fine, and at least 10 years of supervised release)<br>(<u>Penalty for defendant Nichols</u>: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION (Count 3-4)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

COUNT 1

That beginning on or about January 1, 2024, and continuing until on or about April 9, 2024, at Miles City, within Custer County, in the State and District of Montana, and elsewhere, the defendants, DAVID WAYNE CLAUSON, GINA

2

LARAE MANN, and MICHAEL JOHN NICHOLS JR., knowingly and unlawfully conspired and agreed with each other, and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), a quantity of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

The Grand Jury finds that DAVID WAYNE CLAUSON and GINA LARAE MANN conspired to possess with intent to distribute 50 grams or more of actual methamphetamine.

The Grand Jury finds that MICHAEL JOHN NICHOLS JR. conspired to possess with intent to distribute five grams or more of actual methamphetamine.

The Grand Jury finds that before the defendant, DAVID WAYNE CLAUSON, committed the offense charged in count 1 of this indictment, DAVID WAYNE CLAUSON had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

The Grand Jury finds that before the defendant, GINA LARAE MANN, committed the offense charged in count 1 of this indictment, GINA LARAE MANN had a final conviction for a serious drug felony, namely, a conviction under

Montana Code Annotated § 45-9-103(3) for which she served more than 12 months of imprisonment, and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

That beginning on or about January 1, 2024, and continuing until on or about April 9, 2024, at Miles City, within Custer County, in the State and District of Montana, and elsewhere, the defendants, DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS JR., knowingly and unlawfully possessed, with the intent to distribute a quantity of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

The Grand Jury finds that DAVID WAYNE CLAUSON and GINA LARAE MANN possessed with intent to distribute 50 grams or more of actual methamphetamine.

The Grand Jury finds that MICHAEL JOHN NICHOLS JR. possessed with intent to distribute five grams or more of actual methamphetamine.

The Grand Jury finds that before the defendant, DAVID WAYNE CLAUSON, committed the offense charged in count 2 of this indictment, DAVID WAYNE CLAUSON had a final conviction for a serious drug felony, namely, a

conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

The Grand Jury finds that before the defendant, GINA LARAE MANN, committed the offense charged in count 2 of this indictment, GINA LARAE MANN had a final conviction for a serious drug felony, namely, a conviction under Montana Code Annotated § 45-9-103(3) for which she served more than 12 months of imprisonment, and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 3

That beginning on or about January 1, 2024, and continuing until on or about April 9, 2024, at Miles City, within Custer County, in the State and District of Montana, and elsewhere, the defendant, DAVID WAYNE CLAUSON, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

COUNT 4

That beginning on or about January 1, 2024, and continuing until on or about April 9, 2024, at Miles City, within Custer County, in the State and District of Montana, and elsewhere, the defendant, GINA LARAE MANN, knowing she had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATIONS

1. Upon conviction of the offense set forth in counts 1 and 2 of this indictment, the defendants, DAVID WAYNE CLAUSON, GINA LARAE MANN, and MICHAEL JOHN NICHOLS JR., shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

///

///

2. Upon conviction of any of the offenses set forth in counts 3 and 4 of this indictment, the defendant, DAVID WAYNE CLAUSON and GINA LARAE MANN, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney