

RECEIVED USMS D/MT
MAY 23 2025 PM 3:22

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>MICHAEL JOHN NICHOLS JR.,<br><br>                         Defendant. | CR-25-57-BLG-SPW-3<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

    YOU ARE HEREBY COMMANDED to arrest MICHAEL JOHN NICHOLS JR. and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy to Possess with the Intent to Distribute Methamphetamine, Possession with Intent to Distribute Methamphetamine, Aiding & Abetting and Criminal Forfeiture in violation of Title 21, U.S.C. §§ 846, 841(a)(1), Title 18 U.S.C. §§ 2, Title 21 U.S.C. §§ 853(a)(1) and (2), 881(a)(11) and Title 18 U.S.C. § 924(d).

Assigned to Colin M. Rubich, AUSA

_/s/ Harris_____
Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana



**BAIL FIXED AT NONE**
Date of Issue: May 23, 2025

| *RETURN* | |
|---|---|
| DATE RECEIVED: 5/23/2025 | LOCATION: Billings, MT |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 6/7/2025 | *Craig Anderson*<br>**UNITED STATES MARSHAL** |
| LOCATION: Miles City, MT | |
| BY: John A Hensley, SA DEA ~~Deputy U.S. Marshal~~ | |