IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN NICHOLS, JR.,<br><br>Defendant. | CR 25-57-BLG-WWM-TJC-3<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

    Judge Mercer has referred to the undersigned Defendant's Motion to Change Plea. (*See* Docs. 74, 75.)

    Accordingly, IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **February 6, 2026, at 9:30 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

    DATED this 20th day of January, 2026.

                                                                              TIMOTHY J. CAVAN
                                                                            United States Magistrate Judge