**COLIN M. RUBICH**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. N., Ste. 3200**
**Billings, MT 59101**
**Phone: (406) 247-4684**
**Fax: (406) 657-6989**
**E-mail: Colin.Rubich@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-57-BLG-WWM** |
| **Plaintiff,** | |
| **vs.** | **OFFER OF PROOF** |
| **MICHAEL JOHN NICHOLS JR.,** | |
| **Defendant.** | |

The United States of America, represented by Colin M. Rubich, Assistant United States Attorney for the District of Montana, files its Offer of Proof in anticipation of the Change of Plea hearing scheduled for February 6, 2026.

### THE CHARGE

The defendant, Michael John Nichols Jr., is charged by indictment with

1

Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846 – count 1 and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) – count 2.

## PLEA AGREEMENT

The defendant will plead guilty to count 2 of the indictment.  The United States presented any and all formal plea offers to the defendant in writing.  The plea agreement entered into by the parties and filed with the court represents, in the government's view, the most favorable offer extended to the defendant.  *See Missouri v. Frye*, 566 U.S. 134, 145-46 (2012).

## ELEMENTS OF THE CHARGE TO WHICH HE WILL PLEAD

In order for the defendant to be found guilty of Counts 2 of the indictment, the United States must prove each of the following elements beyond a reasonable doubt:

### Possession with Intent to Distribute Methamphetamine – Count 2:

**First**, the defendant possessed 5 grams or more of actual methamphetamine; and **Second**, the defendant possessed the methamphetamine with the intent to distribute it to another person.

## PENALTY

Count 1 carries a mandatory minimum 5 years to 40 years imprisonment, a $5,000,000 fine, at least four years of supervised release, and a $100 special assessment.

The defendant also agrees to plead true to the forfeiture allegation contained in the Indictment.

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following:

On March 28, 2024, Montana Department of Criminal Investigation (DCI) recruited a confidential informant (CI) who stated he/she could purchase meth from the defendant, Michael Nichols. DCI was able to have the CI set up a controlled buy for April 8, 2024. On that date, the CI met with Nichols and agreed to purchase one ounce of meth.

Nichols and the CI travelled to an address on Butler St. in Miles City, MT. Nichols entered the house while the CI waited outside. Nichols eventually exited the house in possession of the methamphetamine. The CI and Nichols then travelled to Nichols' house where they used a digital scale to weigh the substance. The substance weighed approximately one ounce. The CI provided Nichols with money and received the meth. The meth was turned over to DCI.

DCI coordinated with the Drug Enforcement Administration to have the seized methamphetamine chemically tested. The DEA laboratory took custody of the methamphetamine and, after testing, concluded that it was a substance containing a detectable amount of methamphetamine weighing 27.2 g with a

substance purity of 44%.  Consequently, the defendant was in possession of 11.9 grams of actual, pure methamphetamine.

DATED this 4th day of February, 2026.

KURT G. ALME
United States Attorney

*/s/ Colin M. Rubich*
COLIN M. RUBICH
Assistant U.S. Attorney

4