IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOHN NICHOLS, JR.,<br><br>Defendant. | CR 25-57-BLG-WWM<br><br>**ORDER** |

On February 13, 2026, the Court held a detention hearing at which Defendant sought release to attend inpatient treatment at the Recovery Centers of Montana ("RCM"). A bed date has been set for February 17, 2026. Accordingly, IT IS ORDERED:

1. Defendant shall be released from custody temporarily on February 17, 2026, directly to the custody of RCM staff to be transported to RCM for treatment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2.	Defendant must remain at RCM for the entire period of inpatient treatment. Defense counsel shall contact the Court prior to Defendant's expected completion date of the program. The Court will set the matter for a hearing on the date of Defendant's discharge from the program. Staff for RCM shall transport Defendant directly to the court at the date and time set for a hearing.

DATED this 13th day of February, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge